FILED

10/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0313

IN THE SUPREME COURT OF THE STATE OF MONTANA
NO. DA 20-0313

---

JAMES T. & ELIZABETH GRUBA AND LEO G. & JEANNE R. BARSANTI,
*Petitioners/Appellants,*

v.

MONTANA DEPARTMENT OF PUBLIC SERVICE REGULATION,
MONTANA PUBLIC SERVICE COMMISSION,
*Respondent/Appellee,*

*and*

NORTHWESTERN ENERGY,
*Respondent/Appellee.*

---

**ORDER GRANTING MONTANA PUBLIC SERVICE COMMISSION'S AND NORTHWESTERN ENERGY'S JOINT MOTION FOR 30-DAY EXTENSION OF DEADLINE FOR FILING RESPONSES TO OPENING BRIEF**

---

The Appellees, Montana Public Service Commission and NorthWestern Energy, requested a 30-day extension of the deadline to file their response briefs, either jointly or individually, to James T. & Elizabeth Gruba and Leo G. & Jeanne

R. Barsanti's ("Grubas") opening brief pursuant to M. R. App. P. 26(1). This is the Appellees' first requests for a 30-day extension.

The Appellees' Motion is hereby GRANTED. The Appellees' shall each have up to and including November 20, 2020, to file their response briefs to Grubas' opening brief.

DATED this _____ day of October, 2020.

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 8 2020